1

2

3

4

5

6                    UNITED  STATES  DISTRICT  COURT
7              WESTERN  DISTRICT  OF  WASHINGTON
                          AT  SEATTLE

8   ABDELLAHI OULD ADBELHAYE,

9
                                Plaintiff,          No.  C06-00249-RSL
10           v.

11   ALBERTO R. GONZALES, ATTORNEY            STIPULATION AND
     GENERAL OF THE UNITED STATES,           ORDER TO HOLD CASE
12   MICHAEL CHERTOFF, SECRETARY OF          IN ABEYANCE
     DEPARTMENT OF HOMELAND
13   SECURITY, ROBERT J. OKIN, DISTRICT
     DIRECTOR OF U.S. CITIZENSHIP AND
14   IMMIGRATION SERVICES, AND
     LAURA LAUGHLIN, SPECIAL AGENT IN
15   CHARGE, FEDERAL BUREAU OF
     INVESTIGATION,
16
                                Defendants.
17

18          This case is a complaint to compel United States Citizenship and Immigration

19   Services ("CIS") and the Federal Bureau of Investigation ("FBI") to take action on the

20   Plaintiff's outstanding application for immigration benefits.  The Government's answer

21   to the complaint is presently due on May 19, 2006.

22          The Plaintiff is at liberty.

23          Subsequent to filing and service of the complaint, the parties have conferred

24   through their counsel.  The parties are in agreement that CIS and the FBI are now taking

25   action on the underlying application, and there is a likelihood that the ongoing

26   administrative action may moot this lawsuit.  Therefore,

27

28

STIPULATION AND ORDER TO HOLD CASE IN ABEYANCE - 1
(C06-00249-RSL)

1    The parties HEREBY STIPULATE AND AGREE that this case be held in

2 abeyance for two months to allow the ongoing administrative action to proceed.

3 Accordingly, the parties further STIPULATE AND AGREE, AND JOINTLY

4 REQUEST, that the Court extend to July 18, 2006, the due-date for the Government's

5 answer, or for filing of appropriate dismissal documents, or for filing of a Joint Status

6 Report.

7    DATED this 12th day of May, 2006.

8

9

10

11 Respectfully submitted,

12 JOHN McKAY                                LAW OFFICES OF BART KLEIN
   United States Attorney

13

14 s/Kristin B. Johnson                         s/Bart Klein
   Kristin B. Johnson, WSBA# 28189          BART KLEIN, WSBA# 10909
15 Assistant United States Attorney          Attorney for Plaintiff
   United States Attorney's Office
16 700 Stewart Street, Suite 5220
   Seattle, Washington 98101-1271
17 Telephone:  (206) 553-7970
   Fax:  (206) 553-4073
18 E-mail:  kristin.b.johnson@usdoj.gov

19

20                              **ORDER**

21    The parties having so stipulated, the above is SO ORDERED.  The Clerk is

22 directed to send copies of this Order to all counsel of record.

23

24    DATED this 16th day of May, 2006.

25

26                              _MNS Lasnik_

27                              Robert S. Lasnik
                                United States District Judge

28

STIPULATION AND ORDER TO HOLD CASE IN ABEYANCE - 2
(C06-00249-RSL)